WR-82,653-01,02,03,04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2015 3:07:20 PM
Accepted 6/2/2015 3:17:33 PM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NOs. WR-82,653-01, WR-82,653-02, WR-82,653-03 & WR82,653-04

TRIAL COURT CAUSE NOs. W09-20518-U(A), W09-73040-U(A), W10-21198-U(A) & W10-55874-U(A)

RECEIVED
COURT OF CRIMINAL APPEALS
6/2/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| TERRY CLARK SHELTON | § | OF TEXAS AT AUSTIN |

## MOTION TO EXTEND THE TIME FOR FILING
## THE TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGES OF SAID COURT:**

The 291ST Judicial District Court of Dallas County, Texas, through the Honorable Stephanie Mitchell, moves for an extension of time for filing its Findings of Fact and Conclusions of Law in the above-styled case to August 19, 2015. In support of this motion, the Court would show the following:

I.

Applicant entered "open" pleas of guilty to four cases of aggravated robbery and was sentenced to 50years in the penitentiary on November 5, 2010. No notice of appeal was filed in any of the cases. Applicant filed a writ application on June 20, 2014. On July 10, 2014, Catherine Bernhard was appointed to resolve the issues and prepare findings for the Court in Applicant's writs.

II.

However, Catherine Bernhard was never notified about this appointment and only found out about it when Applicant mailed her a letter inquiring about the status of these writs. This letter was received on May 21, 2015.

III.

Meanwhile, the District Clerks Office forwarded the writ records to the Court of Criminal Appeals on December 29, 2014. The Court of Criminal Appeals entered an order on February 4, 2015, directing that findings be entered and the record forwarded to the Court of Criminal Appeals within 120 days, which would be June 4, 2015.

WHEREFORE, PREMISES CONSIDERED, the Court respectfully requests that the time for filing its Findings of Fact and Conclusions of Law, along with the supplemental transcript be extended an additional 60 days to August 3, 2015.

Respectfully submitted,

Judge Stephanie Mitchell
Presiding Judge
291st Judicial District Court
Dallas County, Texas